**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **CASE NO. 5:12CR13-RLV** |
| ) | **(Financial Litigation Unit)** |
| **BETTY ANN COOK.** ) | |

# ORDER

Upon consideration of the motion of the United States requesting an order requiring liquidation of property to be applied to restitution, and further upon the complete record of this matter to date,

**IT IS HEREBY ORDERED** that the North Carolina State Bureau of Investigation shall liquidate the funds in the amount of **$243.11**, which funds were seized in August 2009 as evidence by law enforcement during the investigation of Defendant Cook, and shall convey and remit the proceeds to the Office of the United States District Clerk of Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina 28202, in partial satisfaction of the restitution imposed by the criminal judgment in this matter.

**IT IS FURTHER ORDERED** that the North Carolina Department of Health and Human Services Division of Medical Assistance shall liquidate the funds in the amount of **$12,067.86**, which funds were withheld from payment to Defendant Cook by the North Carolina Medicaid program beginning in October 2010, and continuing through December 2010, during the investigation of Defendant Betty Ann Cook, and shall convey and remit the proceeds to the Office of the United States District Clerk of Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina 28202, in partial satisfaction of the restitution imposed by the criminal judgment in this matter.

Signed: December 3, 2014

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge